■

In the Matter of the Accounting of EDWARD C. RAFTERY et al., as Surviving Executors, and PAUL D. O'BRIEN et al., as Executors of DENNIS F. O'BRIEN, Deceased Executor of MAURICE A. SHEA, Deceased, Respondents. MARGARET L. SHEA et al., Appellants; JOHN L. FLYNN, as Referee, Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ. [See 282 App. Div. 1013.]

■

In the Matter of the Accounting of EDWARD C. RAFTERY et al., as Surviving Executors, and PAUL D. O'BRIEN et al., as Executors of DENNIS F. O'BRIEN, Deceased Executor of MAURICE A. SHEA, Deceased, Respondents. MARGARET L. SHEA et al., Appellants; JOHN L. FLYNN, as Referee, Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ. [See 282 App. Div. 1013.]

■

EDWARD M. FRANKEL, Plaintiff, v. CHARLES ROSENBLUM, Doing Business under the Name of STUART LLOYD Co., Defendant. CHARLES ROSENBLUM et al., Appellants, v. ALBERT N. GREENE et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See 282 App. Div. 1025.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER LAVROWSKY, Appellant.— Considering the relationship and course of conduct between the parties over a period of time, we think the evidence was insufficient to establish intent to defraud beyond a reasonable doubt. Judgment unanimously reversed and the information dismissed. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

■

ANITA MANVILLE, Respondent, v. THOMAS F. MANVILLE, JR., Appellant.— Order unanimously reversed and the motion denied upon condition that appellant continues to make payments pursuant to the separation agreement of March 14, 1953, which may be accepted by respondent without prejudice to her rights in the action. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

In the Matter of the Application of HARRY HOROWITZ for Admission to the Bar.— Motion granted to the extent of referring the application to the Committee on Character and Fitness. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.